ELLEN F. ROSENBLUM
Attorney General
KELLY BURRIS #133176
Assistant Attorney General
Department of Justice
100 SW Market Street
Portland, OR 97201
Telephone: (971) 673-1880
Fax: (971) 673-5000
Email: kelly.c.burris@doj.oregon.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JONATHAN CARTER,,<br><br>      Plaintiff, PRO SE,,<br><br>v.<br><br>J. HIGHBERGER, et al.,<br><br>      Defendants. | Case No. 6:23-cv-01664-CL<br><br>DECLARATION OF KELLY BURRIS IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT |

I, Kelly Burris, declare:

1.     I am an attorney licensed to practice law in the State of Oregon and an Assistant Attorney General with the Oregon Department of Justice.

2.     Plaintiff filed his original complaint on November 13, 2023. Plaintiff was given leave by the Court to file an amended complaint and filed the amended complaint on August 19, 2024.

3.     Plaintiff's amended complaint significantly expands the scope of his allegations and identifies 11 additional Defendants that were not named in Plaintiff's original complaint.

Page 1 -   DECLARATION OF KELLY BURRIS IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
KB6/a4s/971167437

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

4. The current deadline to respond to Plaintiff's amended complaint is September 3, 2024. Defendants request an extension of time, up to and including November 4, 2024, within which to obtain representation authority for all named Defendants and respond to Plaintiff's complaint.

5. ORS 180.060(8) prohibits the Attorney General from appearing on behalf of any officer, department, agency, board or commission without its consent in any action, suit, matter, cause, or proceeding in any court or before a state or federal regulatory board.

6. We are circulating the formal defense requests for the named individuals but have not yet finalized that process. Accordingly, the State is not yet authorized to answer on behalf of the additional Defendants.

7. For these reasons, State Defendants request an extension of time up to and including November 4, 2024.

8. I certify pursuant to LR 7-1(a)(1)(C), that plaintiff is a prisoner not represented by counsel and is presently in the custody of the Montana State Department of Corrections. Accordingly, conferral is not required.

9. This motion is made in good faith, in the interests of judicial economy, and not for purposes of undue delay.

**I declare under penalty of perjury that the foregoing is true and correct.**

EXECUTED on September 3, 2024.

*s/ Kelly Burris*
KELLY BURRIS
Assistant Attorney General

Page 2 - DECLARATION OF KELLY BURRIS IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT
KB6/a4s/971167437

Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880 / Fax: (971) 673-5000

# CERTIFICATE OF SERVICE

I certify that on September 3, 2024, I served the foregoing DECLARATION OF KELLY BURRIS IN SUPPORT OF DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER AMENDED COMPLAINT upon the parties hereto by the method indicated below, and addressed to the following:

| | |
|---|---|
| Jonathan Carter<br>SID #3026126<br>Montana State Prison<br>700 Conley Lake Road<br>Deer Lodge MT 59722<br>    Plaintiff *Pro se* | ___ HAND DELIVERY<br> X  MAIL DELIVERY<br>___ OVERNIGHT MAIL<br>___ TELECOPY (FAX)<br>___ E-SERVE |

*s/ Kelly Burris*
KELLY BURRIS #133176
Assistant Attorney General
Trial Attorney
Tel (971) 673-1880
Fax (971) 673-5000
kelly.c.burris@doj.oregon.gov
Of Attorneys for Defendants

Page 1 -   CERTIFICATE OF SERVICE
KB6/bm6/936576004